# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1461

_____

Wesley A. Michaelson,                 *
                                      *
          Appellant,                  *
                                      *     Appeal from the United States
     v.                               *     District Court for the
                                      *     Northern District of Iowa.
Waitt Broadcasting, Inc., doing       *
business as KMEG TV; Gold             *     [UNPUBLISHED]
Circle Entertainment,                 *
                                      *
          Appellees.                  *

_____

Submitted: October 10, 2002
Filed: February 3, 2003

_____

Before HANSEN, Chief Judge, MAGILL and BYE, Circuit Judges.

_____

PER CURIAM.

Wesley Michaelson appeals the district court's[1] adverse grant of summary judgment in this reverse gender discrimination action. After conducting de novo review, see Duffy v. Wolle, 123 F.3d 1026, 1033 (8th Cir. 1997), cert. denied, 523 U.S. 1137 (1998), we can add nothing to the thorough and well-reasoned opinion of

_____

[1]The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa.

the district court.  Accordingly, we affirm the judgment of the district court for the reasons stated therein.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS , EIGHTH CIRCUIT.